# Columbia Avenue Saving Fund, Safe Deposit, Title and Trust Company *v.* Sidebottom, Appellant.

*Partnership—Sharing in profits—Equity.*

Where three persons unite in an agreement to purchase stock in a corporation, and to divide the profits arising from the sale of the stock, and to share in the losses if any, and one of the persons advances a considerable sum beyond his share, the agreement constitutes a partnership, and the person who advanced more than his share has a right to contribution from the others.

Argued March 28, 1901. Appeal, No. 20, Jan. T., 1901, by defendants, from decree of C. P. No. 2, Phila. Co., Dec. T., 1898, No. 706, on bill in equity, in case of Columbia Avenue Saving Fund, Safe Deposit, Title and Trust Company et al., Executors, v. William Sidebottom and M. M. Gillam. Before MITCHELL, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

Bill in equity for contribution.

The bill averred that plaintiffs' testator, Edwin F. Partridge, and the defendants were partners, and that Partridge had contributed more than his share to the partnership enterprise. The bill prayed for an account and contribution.

The case was tried before SULZBERGER, J., whose first finding of fact was as follows:

1. On or about May 1, 1893, Edwin F. Partridge and the defendants, William Sidebottom and Manly M. Gillam, made and entered into a joint adventure or copartnership with each other to trade in the stock of a certain corporation, known as the Tachytype Manufacturing Company. It was agreed that each of the said parties was to furnish one third of the capital required to carry out said agreement, and receive one third of the profits or bear one third of the losses therefrom; and that any advances by any one of the parties on account of sums due by or from the other or others should be repaid, with interest.

This finding of fact was not only supported by evidence but by the following statement in the answer of defendants.

In consideration of this payment, and at Mr. Partridge's request, the officers of the Tachytype Company issue 2,000 shares

of stock, which are now held by him for sale. When they shall have been sold, the proceeds of such sale are to be first applied to the redemption of the collateral note account, marked "No. 4," and when these notes are canceled and the collaterals now deposited therewith are returned to Mr. Edwin F. Partridge, the profits arising from the sale of the shares of stock remaining are to be divided into three equal parts, one part to Mr. Manly M. Gillam and one part to Mr. Sidebottom.

The court entered a decree in favor of the plaintiffs.

*Error assigned* was the decree of the court.

*E. H. Hanson* with him *C. Carver*, for appellants.

*Ira J. Williams*, with him *Alex. Simpson, Jr.*, and *Francis Shunk Brown*, for appellees.

OPINION BY MR. JUSTICE MITCHELL, May 27, 1901:

The court below found as a fact that there was a partnership. There was evidence on which such finding could be based, and we cannot say that it was clearly wrong. The other questions therefore are immaterial.

Judgment affirmed.